# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2020

-----------------------------------------------------------X

ROSEMARY CAMPBELL,

                Plaintiff,

-against-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.

-----------------------------------------------------------X

19 CIVIL 181 (PAE)(JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 21, 2020, and for the reasons articulated in the Report, Plaintiff's motion is granted and the Commissioner's cross-motion is denied. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g), with instructions that the ALJ should: (1) Obtain further clarification from Dr. Megarr concerning the basis of his opinion, including whether any of his treating notes are missing from the record, and evaluate his opinion as that of a treating physician; (2) Fully develop the evidentiary record by soliciting a completed medical questionnaire or similar testimony from Dr. Tun and Dr. Cash, as well as Denis Tomlinson, or request a consultative examiner in order to address the severity of, and functional limitations related to, Campbell's mental and manual dexterity impairments; (3) Consider all medically determinable impairments, regardless of whether they are deemed severe or nonsevere, in determining Campbell's RFC; and (4) Reevaluate Campbell's credibility in light of all of the relevant medical and other evidence; accordingly, the case is closed.

**Dated:** New York, New York
          February 21, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

BY:

                                          **Deputy Clerk**